FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
| --- | --- | --- |

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

GREGORY A THOMPSON
6810 CROSS COUNTRY ROAD
VERONA WI 53593

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

"EXHIBIT A (continued)

GF-180(CCAP), 06/2017 Electronic Filing Notice

§801.18(5)(d), Wisconsin Statutes

This form shall not be modified.  It may be supplemented with additional material.

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

MICHAEL D FREDE
W330 N4191 LAKELAND DRIVE
NASHOTAH WI 53058

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice
This form shall not be modified. It may be supplemented with additional material.
§801.18(5)(d), Wisconsin Statutes

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

VENTURESPACE LLC
A WISCONSIN COMPANY
P.O. BOX 180251
DELAFIELD WI 53018

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice
This form shall not be modified.  It may be supplemented with additional material.
§801.18(5)(d), Wisconsin Statutes

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

VS CAPITOL DRIVE LLC
A WISCONSIN COMPANY
W330 N4191 LAKELAND DRIVE
NASHOTAH WI 53058

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice                                          §801.18(5)(d), Wisconsin Statutes
**This form shall not be modified.  It may be supplemented with additional material.**

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **WAUKESHA COUNTY**

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

MICHAEL D FREDE
TRUSTEE OF FREDE TRUST
W330 N4191 LAKELAND DRIVE
NASHOTAH WI 53058

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice
This form shall not be modified. It may be supplemented with additional material.
§801.18(5)(d), Wisconsin Statutes

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
| --- | --- | --- |

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing
Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

DANIEL J MARKS
N1411 RANCH ROAD
WATERTOWN WI 53098-3727

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice

This form shall not be modified. It may be supplemented with additional material.

§801.18(5)(d), Wisconsin Statutes

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

VENTURESPACE CONDOMINIUM ASSOCIATION - SUSSEX LLC
A WISCONSIN COMPANY
N1411 RANCH ROAD
WATERTOWN WI 53098-3727

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice                                          §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

ANDREA JOHNSON
628 MILWAUKEE STREET
DELAFIELD WI 53018

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice                                             §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

---

ENCOMPASS REALTY LLC
A WISCONSIN COMPANY
628 MILWAUKEE STREET
DELAFIELD WI 53018

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice
§801.18(5)(d), Wisconsin Statutes
This form shall not be modified.  It may be supplemented with additional material.

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

---

KONIGIN DEVELOPMENTS LLC
A WISCONSIN COMPANY
620 MILWAUKEE STREET
DELAFIELD WI 53018

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: b5baa8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice
§801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

This document is redacted in accordance with court rules as ordered by the court



| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

Gregory A Thompson vs. Michael D Frede et al

**Electronic Filing Notice**

Case No. 2018CV002154
Class Code: Intentional Tort

FILED
11-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

FILED

DEC 0 6 2018

CIRCUIT COURT
WAUKESHA COUNTY, WI

VENTURESPACE LLC
A WISCONSIN COMPANY
P.O. BOX 180251
DELAFIELD WI 53018

Case number 2018CV002154 was electronically filed with/converted by the Waukesha County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov**/ and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code:** ▮▮▮▮▮

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: November 27, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice    §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Case 2:18-cv-02036-PP   Filed 12/28/18   Page 12 of 46   Document 1-3

FILED

DEC 1 3 2018

CIRCUIT COURT
WAUKESHA COUNTY, WI

STATE OF WISCONSIN          CIRCUIT COURT          WAUKESHA COUNTY

GREGORY A. THOMPSON,
    Plaintiff,

-vs-

MICHAEL D. FREDE, ET AL,
    Defendant.

Case No.: 18CV2154
Case Code: 30106
Case Type: Intentional Tort

## AFFIDAVIT OF SERVICE

Carissa Caminiti, being sworn states:

1. I am a private investigator licensed in the state of Wisconsin, I am an adult, I am not a party to this action, and I make this statement on personal knowledge.

2. I hereby certify that on the 30th day of November 2018, at 3:27 p.m., I personally served Michael D. Frede, trustee of Frede Trust, at his address at W330 N4191 Lakeland Drive, Nashotah, WI 53058 with the following documents:

Summons filed on November 27, 2018
Complaint filed on November 27, 2018

3. I fulfilled the requirements of Wisconsin Statute 801.1(1)(a) by personally serving the summons and complaint upon the defendant.

*Carissa L. Caminiti*
Carissa L. Caminiti
South Central Investigations

Subscribed and sworn to before me

This ___3rd___ day of ___December___, 2018.

*Michael C. Curran*
Michael C. Curran

Notary Public, State of Wisconsin
My commission is permanent/expires _____.



FILED

DEC 1 3 2018

CIRCUIT COURT
WAUKESHA COUNTY, WI

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |

GREGORY A. THOMPSON,
    Plaintiff,

-vs-

MICHAEL D. FREDE, ET AL,
    Defendant.

Case No.: 18CV2154
Case Code: 30106
Case Type: Intentional Tort

## AFFIDAVIT OF SERVICE

Carissa Caminiti, being sworn states:

1. I am a private investigator licensed in the state of Wisconsin, I am an adult, I am not a party to this action, and I make this statement on personal knowledge.

2. I hereby certify that on the 30th day of November 2018, at 3:27 p.m., I personally served Michael D. Frede, registered agent for VentureSpace, LLC, a Wisconsin Company, at the registered agent's address at W330 N4191 Lakeland Drive, Nashotah, WI 53058 with the following documents:

    Summons filed on November 27, 2018
    Complaint filed on November 27, 2018

3. I certify that I wrote the date of service, time of service, identified my name, and my company on the back of the served papers.

Carissa L. Caminiti
South Central Investigations

Subscribed and sworn to before me

This 3rd day of December, 2018.

Michael C. Curran
Michael C. Curran

Notary Public, State of Wisconsin
My commission is permanent/expires _____.

FILED

DEC 1 3 2018

CIRCUIT COURT
WAUKESHA COUNTY, WI

STATE OF WISCONSIN    CIRCUIT COURT    WAUKESHA COUNTY

GREGORY A. THOMPSON,
    Plaintiff,

-vs-

MICHAEL D. FREDE, ET AL,
    Defendant.

Case No.: 18CV2154
Case Code: 30106
Case Type: Intentional Tort

## AFFIDAVIT OF SERVICE

Carissa Caminiti, being sworn states:

1. I am a private investigator licensed in the state of Wisconsin, I am an adult, I am not a party to this action, and I make this statement on personal knowledge.

2. I hereby certify that on the 30th day of November 2018, at 3:27 p.m., I personally served Michael D. Frede, registered agent for VS Capitol Drive, LLC, a Wisconsin Company, at the registered agent's address at W330 N4191 Lakeland Drive, Nashotah, WI 53058 with the following documents:

   Summons filed on November 27, 2018
   Complaint filed on November 27, 2018

3. I certify that I wrote the date of service, time of service, identified my name, and my company on the back of the served papers.


_Carissa L. Caminiti_
Carissa L. Caminiti
South Central Investigations


Subscribed and sworn to before me

This 3ᵉᵈ day of December, 2018.

_Michael C. Curran_
Michael C. Curran

Notary Public, State of Wisconsin
My commission is permanent/expires _____.

**FILED**

**DEC 1 3 2018**

CIRCUIT COURT
WAUKESHA COUNTY, WI

---

STATE OF WISCONSIN        CIRCUIT COURT        WAUKESHA COUNTY

---

GREGORY A. THOMPSON,
    Plaintiff,

-vs-

MICHAEL D. FREDE, ET AL,
    Defendant.

Case No.: 18CV2154
Case Code: 30106
Case Type: Intentional Tort

---

### AFFIDAVIT OF SERVICE

---

Carissa Caminiti, being sworn states:

1

1. I am a private investigator licensed in the state of Wisconsin, I am an adult, I am not a party to this action, and I make this statement on personal knowledge.

2. I hereby certify that on the 30th day of November 2018, at 3:27 p.m., I personally served Michael D. Frede at his residence located at W330 N4191 Lakeland Drive, Nashotah, WI 53058 with the following documents:

   Summons filed on November 27, 2018
   Complaint filed on November 27, 2018

3. I certify that I wrote the date of service, time of service, identified my name, and my company on the back of the served papers.

Carissa L. Caminiti
South Central Investigations


Subscribed and sworn to before me

This 3rd day of December, 2018.

michael C. Curran
Michael C. Curran

Notary Public, State of Wisconsin
My commission is permanent/expires _____.

2

FILED

DEC **18** 2018

CIRCUIT COURT
WAUKESHA COUNTY, WI

STATE OF WISCONSIN          CIRCUIT COURT          WAUKESHA COUNTY

GREGORY A. THOMPSON,
    Plaintiff,

  -vs-

MICHAEL D. FREDE, ET AL,
    Defendant.

Case No.: 18CV2154
Case Code: 30106
Case Type: Intentional Tort

## AFFIDAVIT OF SERVICE

Carissa Caminiti, being sworn states:

1. I am a private investigator licensed in the state of Wisconsin, I am an adult, I am not a party to this action, and I make this statement on personal knowledge.

1

2. I hereby certify that on the 12th day of December 2018, at 9:24 a.m., I personally served Daniel Marks, register agent of VentureSpace Condominium Association-Sussex, LLC, at the construction site of the business located at N60 W22975 Silver Springs Drive, Sussex, Wisconsin 53089, with the following documents:

   Summons filed on November 27, 2018
   Complaint filed on November 27, 2018

3. I certify that I wrote the date of service, time of service, identified my name, my title, and my company on the back of the served papers.


*Carissa L. Caminiti*

Carissa L. Caminiti
South Central Investigations


Subscribed and sworn to before me

This 17 day of December, 2018.


Notary Public, State of Wisconsin
My commission is permanent/expires 3 5 2021 .

FILED

DEC 18 2018

CIRCUIT COURT
WAUKESHA COUNTY WI

STATE OF WISCONSIN          CIRCUIT COURT          WAUKESHA COUNTY

GREGORY A. THOMPSON,
    Plaintiff,

-vs-

MICHAEL D. FREDE, ET AL,
    Defendant.

Case No.: 18CV2154
Case Code: 30106
Case Type: **Intentional Tort**

## AFFIDAVIT OF SERVICE

Carissa Caminiti, being sworn states:

1. I am a private investigator licensed in the state of Wisconsin, I am an adult, I am not a party to this action, and I make this statement on personal knowledge.

1

2. I hereby certify that on the 12th day of December 2018, at 9:24 a.m., I personally served Daniel Marks at the construction site of VentureSpace Condominium Association- Sussex, LLC, address of N60 W22975 Silver Springs Drive, Sussex, Wisconsin 53089, with the following documents:

Summons filed on November 27, 2018
Complaint filed on November 27, 2018

3. I certify that I wrote the date of service, time of service, identified my name, my title, and my company on the back of the served papers.

Carissa L. Caminiti
South Central Investigations

Subscribed and sworn to before me

This 17 day of December, 2018.

Notary Public, State of Wisconsin
My commission is permanent/expires  3-5-2021 .

2

FILED

DEC 1 8 2018

CIRCUIT COURT
WAUKESHA COUNTY, WI

STATE OF WISCONSIN          CIRCUIT COURT          WAUKESHA COUNTY

GREGORY A. THOMPSON,
    Plaintiff,

-vs-

MICHAEL D. FREDE, ET AL,
    Defendant.

Case No.: 18CV2154
Case Code: 30106
Case Type: Intentional Tort

## AFFIDAVIT OF SERVICE

Carissa Caminiti, being sworn states:

1. I am a private investigator licensed in the state of Wisconsin, I am an adult, I am not a party to this action, and I make this statement on personal knowledge.

2. I hereby certify that on the 6th day of December 2018, at 10:33 a.m., I personally Andrea Johnson, registered agent of Konigin Developments LLC at the company address of 628 Milwaukee Street, Delafield, WI 53018 with the following documents:

Summons filed on November 27, 2018
Complaint filed on November 27, 2018

3. I certify that I wrote the date of service, time of service, identified my name, my title, and my company on the back of the served papers.

Carissa L. Caminiti
South Central Investigations

Subscribed and sworn to before me

This 17 day of December, 2018.

Notary Public, State of Wisconsin
My commission is permanent/expires 3/5/2021 .

FILED

DEC 1 8 2018

CIRCUIT COURT
WAUKESHA COUNTY, WI

STATE OF WISCONSIN          CIRCUIT COURT          WAUKESHA COUNTY

GREGORY A. THOMPSON,
    Plaintiff,

-vs-

MICHAEL D. FREDE, ET AL,
    Defendant.

Case No.: 18CV2154
Case Code: 30106
Case Type: Intentional Tort

## AFFIDAVIT OF SERVICE

Carissa Caminiti, being sworn states:

1. I am a private investigator licensed in the state of Wisconsin, I am an adult, I am not a party to this action, and I make this statement on personal knowledge.

2. I hereby certify that on the 6th day of December 2018, at 10:33 a.m., I personally served Andrea Johnson at her work address of 628 Milwaukee Street, Delafield, WI 53018 with the following documents:

Summons filed on November 27, 2018
Complaint filed on November 27, 2018

3. I certify that I wrote the date of service, time of service, identified my name, my title, and my company on the back of the served papers.

Carissa L. Caminiti
South Central Investigations

Subscribed and sworn to before me

This 17 day of December, 2018.

Notary Public, State of Wisconsin
My commission is permanent/expires 3|5|2021 .

FILED

DEC 1 8 2018

CIRCUIT COURT
WAUKESHA COUNTY, WI



---

STATE OF WISCONSIN          CIRCUIT COURT          WAUKESHA COUNTY

---

GREGORY A. THOMPSON,
     Plaintiff,

-vs-

MICHAEL D. FREDE, ET AL,
     Defendant.

Case No.:  18CV2154
Case Code:  30106
Case Type:  Intentional Tort

---

### AFFIDAVIT OF SERVICE

---

Carissa Caminiti, being sworn states:

1.  I am a private investigator licensed in the state of Wisconsin, I am an adult, I am
    not a party to this action, and I make this statement on personal knowledge.

2. I hereby certify that on the 6ᵗʰ day of December 2018, at 10:33 a.m., I personally Andrea Johnson, registered agent of Encompass Realty, LLC at the company address of 628 Milwaukee Street, Delafield, WI 53018 with the following documents:

Summons filed on November 27, 2018
Complaint filed on November 27, 2018

3. I certify that I wrote the date of service, time of service, identified my name, my title, and my company on the back of the served papers.

Carissa L. Caminiti
South Central Investigations

Subscribed and sworn to before me

This 17 day of December, 2018.

Notary Public, State of Wisconsin
My commission is permanent/expires 3/5/2021 .

FILED
12-27-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

STATE OF WISCONSIN          CIRCUIT   COURT          WAUKESHA   COUNTY

---

Gregory A. Thompson
6810 Cross Country Road
Verona, WI 53593

          Plaintiff,                 Case No. 2018CV002154

vs.

Michael D. Frede, as individual
W330 N4191 Lakeland Drive
Nashotah, WI 53058; and

VentureSpace, LLC, a Wisconsin Company
PO Box 180251
Delafield, WI 53018; and

VS Capitol Drive, LLC, a Wisconsin Company
W330 N4191 Lakeland Drive
Nashotah, WI 53058; and

Daniel J. Marks, as individual
N1411 Ranch Rd.
Watertown, WI 53098-3727, and

VentureSpace Condominium Association-Sussex LLC, a Wisconsin Company
N1411 Ranch Rd.
Watertown, WI 53098-3727; and

Andrea Johnson, as individual
628 Milwaukee St.,
Delafield, WI 53018; and

Encompass Realty LLC, a Wisconsin Company
628 Milwaukee St.,
Delafield, WI 53018; and

Konigin Developments LLC, a Wisconsin Company
620 Milwaukee Street
Delafield, WI 53018,
              Defendants.

---

## NOTICE OF RETAINER

---

PLEASE TAKE NOTICE that Attorney Thomas J. McClure LLC, by Attorney Thomas J.

McClure, has been retained by defendants, Michael D. Frede individually and as trustee of the Frede

Trust, VentureSpace, LLC , VS Capitol Drive, LLC and VentureSpace Condominium Association -

Sussex LLC, for their attorney on the abovecaptioned case and said defendants hereby demand a copy of all notices, pleadings and papers associated with this action be served upon defendants' undersigned counsel.

Dated this 27th day of December, 2018 at Delafield, Wisconsin.

Respectfully submitted,

**MCCLURE LAW OFFICES**
Attorneys for Defendants Michael D. Frede, individually and as trustee of the Frede Trust, Venture Space, LLC, VS Capitol Drive, LLC and VentureSpace Condominium Association-Sussex LLC

By: _____
Thomas J. McClure
State Bar No. 1016923

ATTORNEY THOMAS J. MCCLURE LLC
P.O. Box 180407
Delafield, WI 53018
Telephone: (262)269-8280

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **WAUKESHA COUNTY**

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

ENCOMPASS REALTY LLC
A WISCONSIN COMPANY
628 MILWAUKEE STREET
DELAFIELD WI  53018

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for Michael D Frede, VentureSpace LLC, VS Capitol Drive LLC and VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 27, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change

This form shall not be modified.  It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **WAUKESHA COUNTY**

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

MICHAEL D FREDE
TRUSTEE OF FREDE TRUST
W330 N4191 LAKELAND DRIVE
NASHOTAH WI  53058

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for Michael D Frede, VentureSpace LLC, VS Capitol Drive LLC and VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 27, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change

This form shall not be modified.  It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **WAUKESHA COUNTY**

| Gregory A Thompson vs. Michael D Frede et al | **Electronic Notice**<br>**Status Change**<br>Case No.: 2018CV002154 |
|---|---|

ANDREA JOHNSON
628 MILWAUKEE STREET
DELAFIELD WI  53018

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for Michael D Frede, VentureSpace LLC, VS Capitol Drive LLC and VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 27, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified.  It may be supplemented with additional material.

**STATE OF WISCONSIN**  |  **CIRCUIT COURT**  |  **WAUKESHA COUNTY**

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

KONIGIN DEVELOPMENTS LLC
A WISCONSIN COMPANY
620 MILWAUKEE STREET
DELAFIELD WI  53018

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for Michael D Frede, VentureSpace LLC, VS Capitol Drive LLC and VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 27, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified.  It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **WAUKESHA COUNTY**

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

DANIEL J MARKS
N1411 RANCH ROAD
WATERTOWN WI  53098-3727

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for Michael D Frede, VentureSpace LLC, VS Capitol Drive LLC and VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 27, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified.  It may be supplemented with additional material.

| | | |
|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **WAUKESHA COUNTY** |

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

---

GREGORY A THOMPSON
6810 CROSS COUNTRY ROAD
VERONA WI  53593

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for Michael D Frede, VentureSpace LLC, VS Capitol Drive LLC and VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 27, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified.  It may be supplemented with additional material.

STATE OF WISCONSIN          CIRCUIT   COURT          WAUKESHA COUNTY

---

Gregory A. Thompson
6810 Cross Country Road
Verona, WI 53593

              Plaintiff,          Case No. 2018CV002154

vs.

Michael D. Frede, as individual
W330 N4191 Lakeland Drive
Nashotah, WI 53058; and

VentureSpace, LLC, a Wisconsin Company
PO Box 180251
Delafield, WI 53018; and

VS Capitol Drive, LLC, a Wisconsin Company
W330 N4191 Lakeland Drive
Nashotah, WI 53058; and

Daniel J. Marks, as individual
N1411 Ranch Rd.
Watertown, WI 53098-3727, and

VentureSpace Condominium Association-Sussex LLC, a Wisconsin Company
N1411 Ranch Rd.
Watertown, WI 53098-3727; and

Andrea Johnson, as individual
628 Milwaukee St.,
Delafield, WI 53018; and

Encompass Realty LLC, a Wisconsin Company
628 Milwaukee St.,
Delafield, WI 53018; and

Konigin Developments LLC, a Wisconsin Company
620 Milwaukee Street
Delafield, WI 53018,
              Defendants.

---

## <u>AMENDED</u>  NOTICE OF RETAINER

---

PLEASE TAKE NOTICE that Attorney Thomas J. McClure LLC,  by Attorney Thomas J.

McClure, has been retained by defendants, Michael D. Frede,  individually and as trustee of the

Frede Trust, VentureSpace, LLC and VS Capitol Drive, LLC for the abovecaptioned case and said

defendants hereby demand a copy of all notices, pleadings and papers associated with this action

be served upon said defendants' undersigned counsel.

Dated this 27th day of December, 2018 at Delafield, Wisconsin.

Respectfully submitted,

ATTORNEY THOMAS J. MCCLURE LLC
Attorneys for Defendants Michael D. Frede,
individually and as trustee of the Frede Trust,
Venture Space, LLC and VS Capitol Drive, LLC

By: _Thomas J. McClure_

Thomas J. McClure
State Bar No. 1016923

ATTORNEY THOMAS J. MCCLURE LLC
P.O. Box 180407
Delafield, WI 53018
Telephone: (262)269-8280

FILED
12-28-2018
Clerk of Circuit Court
Waukesha County
2018CV002154

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **WAUKESHA COUNTY**

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

ENCOMPASS REALTY LLC
A WISCONSIN COMPANY
628 MILWAUKEE STREET
DELAFIELD WI  53018

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq is no longer an electronic notice party and will not be filing any documents or receiving any communications from the court for this case electronically. You will need to provide traditional paper documents to this party and the court.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 28, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified. It may be supplemented with additional material.

STATE OF WISCONSIN          CIRCUIT COURT          WAUKESHA COUNTY

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

MICHAEL D FREDE
TRUSTEE OF FREDE TRUST
W330 N4191 LAKELAND DRIVE
NASHOTAH WI  53058

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq is no longer an electronic notice party and will not be filing any documents or receiving any communications from the court for this case electronically. You will need to provide traditional paper documents to this party and the court.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 28, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change

This form shall not be modified.  It may be supplemented with additional material.

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

ANDREA JOHNSON
628 MILWAUKEE STREET
DELAFIELD WI  53018

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq is no longer an electronic notice party and will not be filing any documents or receiving any communications from the court for this case electronically. You will need to provide traditional paper documents to this party and the court.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 28, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified.  It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **WAUKESHA COUNTY**

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

KONIGIN DEVELOPMENTS LLC
A WISCONSIN COMPANY
620 MILWAUKEE STREET
DELAFIELD WI  53018

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq,
attorney for VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq is no longer an electronic notice party and will not be filing any
documents or receiving any communications from the court for this case electronically.
You will need to provide traditional paper documents to this party and the court.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 28, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified.  It may be supplemented with additional material.

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

| Gregory A Thompson vs. Michael D Frede et al | **Electronic Notice Status Change**<br>Case No.: 2018CV002154 |
|---|---|

DANIEL J MARKS
N1411 RANCH ROAD
WATERTOWN WI 53098-3727

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq is no longer an electronic notice party and will not be filing any documents or receiving any communications from the court for this case electronically. You will need to provide traditional paper documents to this party and the court.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 28, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change
**This form shall not be modified.  It may be supplemented with additional material.**

| | | |
|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **WAUKESHA COUNTY** |

Gregory A Thompson vs. Michael D Frede et al

**Electronic Notice
Status Change**

Case No.: 2018CV002154

GREGORY A THOMPSON
6810 CROSS COUNTRY ROAD
VERONA WI  53593

For 2018CV002154, the electronic notice preference for Thomas J McClure Esq, attorney for VentureSpace Condominium Association - Sussex LLC, has changed.

Thomas J McClure Esq is no longer an electronic notice party and will not be filing any documents or receiving any communications from the court for this case electronically. You will need to provide traditional paper documents to this party and the court.

If you have questions regarding this notice, please contact our office at 262-548-7525.

Waukesha County Circuit Court
Date: December 28, 2018

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified.  It may be supplemented with additional material.